| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Onyinye N. Anyama**<br>**18000 Studebaker Road**<br>**Suite 325**<br>**Cerritos, CA 90703**<br>**562.645.4500 Fax:  562.645.4494**<br>**262152 CA**<br>**info@anyamalaw.com** | |

☐ *Individual appearing without attorney*
☑ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>        **Crown Estates Holding, LLC**<br><br><br><br><br>                                      Debtor(s) | CASE NO.: **2:23-bk-10058-BB**<br><br>CHAPTER: **11**<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B        ☐ Schedule C        ☐ Schedule D        ☑ Schedule E/F        ☐ Schedule G

☐ Schedule H        ☐ Schedule I        ☐ Schedule J        ☐ Schedule J-2        ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)        ☐ Statement of Intentions        ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    **January  17, 2023**                    _____
                                                                          **Jay Hooper**
                                                                          Debtor 1 Signature

                                                                          _____
                                                                          Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify the case:**

Debtor name  **Crown Estates Holding, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:23-bk-10058-BB**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $   **23,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $   **223,011.50**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $   **23,223,011.50**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $   **15,149,937.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$   **1,899,649.00**

4.  **Total liabilities** ..............................................................................................
   Lines 2 + 3a + 3b          $   **17,049,586.00**

| Fill in this information to identify the case: |
|---|
| Debtor name **Crown Estates Holding, LLC** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) **2:23-bk-10058-BB** |

■ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase** | **Business Checking account** | **0193** | **$1,000.00** |
| 3.2. | **US Bank**<br>**In Possession of Receiver for Debtor** | **Business** | **1522** | **$50,000.00** |
| 3.3. | **US Bank**<br>**In Possession of Receiver for Debtor** | **Business** | **1530** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$51,000.00** |
|---|

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

| Debtor | **Crown Estates Holding, LLC** | Case number *(If known)* **2:23-bk-10058-BB** |
| --- | --- | --- |
| | Name | |

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**　　**Investments**

**13. Does the debtor own any investments?**

　　■ No. Go to Part 5.
　　☐ Yes Fill in the information below.

**Part 5:**　　**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

　　■ No. Go to Part 6.
　　☐ Yes Fill in the information below.

**Part 6:**　　**Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

　　■ No. Go to Part 7.
　　☐ Yes Fill in the information below.

**Part 7:**　　**Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

　　■ No. Go to Part 8.
　　☐ Yes Fill in the information below.

**Part 8:**　　**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

　　■ No. Go to Part 9.
　　☐ Yes Fill in the information below.

**Part 9:**　　**Real property**

**54. Does the debtor own or lease any real property?**

　　☐ No. Go to Part 10.
　　■ Yes Fill in the information below.

55.　　Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **9860, 9866, 9670 and 9874 Gidley Street El Monte, CA 91731** | **Fee simple** | **$0.00** | **Comparable sale** | **$23,000,000.00** |

| Debtor | **Crown Estates Holding, LLC** | Case number *(If known)* | **2:23-bk-10058-BB** |
|---|---|---|---|
| | Name | | |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$23,000,000.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **71.** | **Notes receivable** Description (include name of obligor) | |
| **72.** | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **73.** | **Interests in insurance policies or annuities** | |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** **Pending Lawsuit against John Alexander Gianoutsos Rigas / Mission N95 Holdings, LLC** | $172,011.50 |
| | Nature of claim        Fraud (No Contract) General Jurisdiction | |
| | Amount requested          $172,011.50 | |
| **76.** | **Trusts, equitable or future interests in property** | |
| **77.** | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$172,011.50

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **Crown Estates Holding, LLC** | Case number *(If known)* | **2:23-bk-10058-BB** |
|---|---|---|---|
| | Name | | |

---

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $51,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................................> | | $23,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $172,011.50 | |
| 91. **Total.** Add lines 80 through 90 for each column | $223,011.50 | + 91b. $23,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $23,223,011.50 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Crown Estates Holding, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:23-bk-10058-BB**

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Anderco Carpet Co., Inc.**<br>**Mortaz M. Gerges, Esq.**<br>**Law Offices of Mortaz M. Gerges**<br>**14320 Ventura Blvd., # 463**<br>**Sherman Oaks, CA 91423**<br><br>Date(s) debt was incurred **2020**<br><br>Last 4 digits of account number **0615** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Lawsuit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$350,000.00** |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Chen Mei Cheng**<br>**332 Maydee St.**<br>**Monrovia, CA 91016**<br><br>Date(s) debt was incurred **2017**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unsecured Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$35,000.00** |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**City of El Monte**<br>**A California Municipal Corporation**<br>**19200 Von Karman Avenue**<br>**Suite 416**<br>**Irvine, CA 92612**<br><br>Date(s) debt was incurred **7/15/2021**<br><br>Last 4 digits of account number **6110** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pending Lawsuit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Helen Young**<br>**514 Kingsford St**<br>**Monterey Park, CA 91754**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unsecured Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$135,000.00** |

| | |
|---|---|
| Debtor **Crown Estates Holding, LLC** | Case number (if known) **2:23-bk-10058-BB** |
| Name | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,042.00 |
|---|---|---|---|

**James MacDonald, Esq**
**2030 Main Street**
**Suite 660**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:** Legal Services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**Jianguo Shao**
**603 N. Lincoln Ave #F**
**Monterey Park, CA 91755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** Unsecured Loan

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249,807.00 |
|---|---|---|---|

**Labyrinth Holdings LLC**
**27349 Jefferson Ave.**
**Suite 205**
**Temecula, CA 92590**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:** Unlimited Civil Complaint

Last 4 digits of account number  **0918**

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Linda Taing**
**2446 Falling Leaf Ave**
**Rosemead, CA 91770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:** Unsecured Loan

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,800.00 |
|---|---|---|---|

**Primior Management, Inc**
**750 N Diamon**
**Suite 188**
**Diamond Bar, CA 91765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:** Settlement Fee

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**State Water Resources Control Board SCP**
**SCP Program**
**P. 0. Box 1888**
**Sacramento, CA 95812-1888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** Enviromental

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Wong Siu**
**1408 Sarazen Drive**
**Alhambra, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:** Unsecured Loan

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Crown Estates Holding, LLC** | Case number (if known) | **2:23-bk-10058-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Xiaomei Ji**
 9102 Ralph St
Rosemead, CA 91770

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unsecured Loan

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700,000.00 |
|---|---|---|---|

**Yee Sum Severson
117 E. Garvey Ave
Monterey Park, CA 91755**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unsecured Loan

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Yuan Chang Lin
628 Gage Ave
El Monte, CA 91733**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unsecured Loan

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Buchalter, A Proesional Corp
Oren Bitan; John C. Clough
1000 Whilshire Blvd.
Suite 1500
Los Angeles, CA 90017** | Line  **3.3**  <br> ☐ Not listed. Explain ____ |  **6110** |
| 4.2 | **Edward Picozzi
32631 Highway 79
Warner Springs, CA 92086** | Line  **3.7**  <br> ☐ Not listed. Explain ____ |  **0918** |
| 4.3 | **Gabriele Baader
PG Baader Enviromental Cons
1489 Stonebrok Street
Azusa, CA 91702** | Line  **3.10**  <br> ☐ Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $                    0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $          1,899,649.00 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $          1,899,649.00 |

**Fill in this information to identify the case:**

Debtor name  **Crown Estates Holding, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:23-bk-10058-BB**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $1,570,991.00 |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

| Debtor | **Crown Estates Holding, LLC** | Case number *(if known)* | **2:23-bk-10058-BB** |
|---|---|---|---|

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **City of El Monte v. Crown Estate Holding, LLC**<br>**21STVC26110** | **Other Non Personal injury Property damage tort (General Jurisdiction)** | **Los Angeles Superior Court**<br>**111 North Hill Street**<br>**Department 72**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Anderco Carpet Co., Inc. vs. Crown Estate Holdings, LLC.**<br>**20PSCV00615** | **Collections Case - Seller Plaintiff (General Jurisdiction)** | **Superior Court of California, LA County**<br>**Pomona Courthouse**<br>**400 Civic Center Plaza**<br>**Pomona, CA 91766** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Labyrinth Holdings LLC vs Hooper / Crown Estate Holdings, LLC**<br>**MCC2000918** | **Unlimited Civil Fraud** | **California Superior Court, Riverside Cou**<br>**Riverside Hall of Justice**<br>**4100 Main Street**<br>**Department S303**<br>**Riverside, CA 92501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Jay Hooper / Crown Estate Holdings, LLC. vs John Alexander Gianoutsos Rigas**<br>**21STCV22508** | **Fraud (No Contract) General Jurisdiction** | **California Superior Court Los Angeles Division**<br>**111 North Hill Street**<br>**Department 72**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Crown Estates Holding, LLC** | Case number *(if known)* **2:23-bk-10058-BB** |
|---|---|---|

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Ryan Baker**<br>**11333 Valley Blvd**<br>**El Monte, CA 91731** | **Commercial Real Property located at:**<br>**9860, 9866, 9670 and 9874 Gidley Street**<br>**El Monte, CA 91731** | **$23,000,000.00** |

| | Case title | Court name and address |
|---|---|---|
| | **City of El Monte vs. Crown Estate Holdin** | **Los Angeles Superior** |
| | Case number | **Court** |
| | **21STCV26110** | **Stanley Mosk** |
| | Date of order or assignment | **Courthouse** |
| | **5/9/2022** | **111 North Hill Street**<br>**Department 72**<br>**Los Angeles, CA 90012** |

## Part 4:    Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Fire in Building 10, unknow cause** | **$110,000.00** | **May 12, 2022** | **$0.00** |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | **Crown Estates Holding, LLC** | | Case number *(if known)* | **2:23-bk-10058-BB** |
|---|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Anyama Law Firm, A Professional Corporat 18000 Studebaker Road Suite 325 Cerritos, CA 90703** | **Attorney Fees $18,000.00 Filing Fee $1,738.00** | **1/4/2023** | **$18,000.00** |
| | **Email or website address info@anyamalaw.com** | | | |
| | **Who made the payment, if not debtor? Danny Duplencham** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

| Debtor | **Crown Estates Holding, LLC** | Case number *(if known)* | **2:23-bk-10058-BB** |
|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

| Debtor | Crown Estates Holding, LLC | Case number *(if known)* | 2:23-bk-10058-BB |
|---|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
□ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
□ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Sino-American Bookkeeping & Tax Services**<br>**4046 Temple City Blvd**<br>**Rosemead, CA 91770** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Crown Estates Holding, LLC**                                        Case number *(if known)*   **2:23-bk-10058-BB**

---

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jay Hooper** | **9860 Gidley Street El Monte, CA 91731** | **C.E.O.** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | **Crown Estates Holding, LLC** | Case number *(if known)* | **2:23-bk-10058-BB** |
|---|---|---|---|

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 17, 2023**

_____          **Jay Hooper**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **C.E.O.**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**18000 Studebaker Road**
**Suite 325**
**Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*): __**Summary of Amended Schedules, Master Mailing List, and or Statements**__  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/18/2023**        , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> **Onyinye N Anyama**        onyi@anyamalaw.com,
> anyamainfo@gmail.com;info_anyama@ecf.courtdrive.com;r44596@notify.best case.com
> **Eryk R Escobar**        eryk.r.escobar@usdoj.gov
> **United States Trustee (LA**)    ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **1/18/2023**      , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**HONORABLE SHERI BLUEBOND**
UNITED STATES BANKRUPTCY JUDGE
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January  18, 2023 | Karina Ruiz | /s/Karina Ruiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>**ADDITIONAL SERVICE LIST:**</u>

California Trading Corp
3860, 3866, 9670 & 9874 Gidley St 08B
El Monte, CA 91731

Chen Mei Cheng
332 Maydee St.
Monrovia, CA 91016

City of El Monte
A California Municipal Corporation
19200 Von Karman Avenue, Suite 416
Irvine, CA 92612

Craig Taniguchi
12021 Whilshire Blvd. Suite 522
Los Angeles, CA 90025

Crest Point Global, Inc
3860, 3866, 9670 & 9874 Gidley St 05D
El Monte, CA 91731

Eco Concrete, Inc
3860, 3866, 9670 & 9874 Gidley St PLA
El Monte, CA 91731

Gabriele Baader
PG Baader Enviromental Cons
1489 Stonebrok Street
Azusa, CA 91702

Global eRecyclers Inc
3860, 3866, 9670 & 9874 Gidley St PLB
El Monte, CA 91731

Golden State Bee, LLC
3860, 3866, 9670 & 9874 Gidley St 07A
El Monte, CA 91731

Helen Young
514 Kingsford St
Monterey Park, CA 91754

IRP Funf II 8B, LLC
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 3                    F 1007-1.1.AMENDED.SUMMARY

James MacDonald, Esq
2030 Main Street Suite 660
Irvine, CA 92614

Jianguo Shao
603 N. Lincoln Ave #F
Monterey Park, CA 91755

Linda Taing
2446 Falling Leaf Ave
Rosemead, CA 91770

Linten Innovation, Inc
3860, 3866, 9670 & 9874 Gidley St 09A
El Monte, CA 91731

One World Holdings
3860, 3866, 9670 & 9874 Gidley St 04A
El Monte, CA 91731

Primior Management, Inc
750 N Diamon Suite 188
Diamond Bar, CA 91765

State Water Resources Control Board SCP
SCP Program
P. 0. Box 1888
Sacramento, CA 95812-1888

UW International Corp
3860, 3866, 9670 & 9874 Gidley St 07B
El Monte, CA 91731

Vigor SCM, Inc
3860, 3866, 9670 & 9874 Gidley St 04B
El Monte, CA 91731

Vigor SCM, Inc
3860, 3866, 9670 & 9874 Gidley St 05F
El Monte, CA 91731

Why Electronic, Inc
3860, 3866, 9670 & 9874 Gidley St 10B
El Monte, CA 91731

Wong Siu
1408 Sarazen Drive
Alhambra, CA 91803

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 4                          F 1007-1.1.AMENDED.SUMMARY

Xiaomei Ji
9102 Ralph St
Rosemead, CA 91770

Yee Sum Severson
117 E. Garvey Ave
Monterey Park, CA 91755

Yuan Chang Lin
628 Gage Ave
El Monte, CA 91733

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 5                          **F 1007-1.1.AMENDED.SUMMARY**