Timothy M. Ryan, Bar No. 178059
Andrew J. Mase, Bar No. 300680
Michael W. Stoltzman, Bar No. 263423
THE RYAN FIRM
A Professional Corporation
2603 Main Street, Suite 1225
Irvine, CA 92614
Telephone (949) 263-1800; Fax (949) 872-2211

Misty Perry Isaacson, Bar No. 193204
PAGTER AND PERRY ISAACSON, APLC
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone (714) 541-6072

Attorneys For Creditor IRP Fund II 8B, LLC

**FILED & ENTERED**

**MAR 07 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CROWN ESTATES HOLDING LLC,<br><br>Debtor, | CASE NO.: 2:23-bk-10058-BB<br><br>Date Action Filed: January 5, 2023<br><br>Chapter 11<br><br>Assigned for All Purposes to<br>Hon. Sheri Bluebond<br><br>**ORDER GRANTING MOTION BY CREDITOR IRP FUND II 8B, LLC FOR AN ORDER DESIGNATING CHAPTER 11 CASE AS SINGLE ASSET REAL ESTATE CASE PURSUANT TO 11 U.S.C. §§ 101(51B) AND 362(d)(3)**<br><br>Date:       March 1, 2023<br>Time:      10:00 a.m.<br>Ctrm.:      1539<br><br>Trial Date:    None Set |

1

[Proposed] Order

On March 1, 2023, at 10:00 a.m., the motion by creditor IRP Fund II 8B, LLC ("IRP" or "Creditor") for an order designating this Chapter 11 case commenced by debtor Crown Estates Holding, LLC ("Crown" or "Debtor") as a "Single Asset Real Estate Case" pursuant to 11 U.S.C. sections 101(51B) and 362(d)(3) came on regularly for hearing in Courtroom 1539 of the above-entitled Court. Having considered all of the filed papers and written and oral argument in support of, and in opposition to, the motion, <u>and as stated on the record,</u>

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

###

Date: March 7, 2023

_(signature)_
Sheri Bluebond
United States Bankruptcy Judge