Onyinye N. Anyama SB# 262152
ANYAMA LAW FIRM, A PROFESSIONAL CORPORATION
18000 Studebaker Road, Suite 325
Cerritos, CA 90703
Telephone: (562)645-4500
Facsimile: (562)645-4494
Email: info@anyamalaw.com

Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re: | Bk. No. 2:23-bk-10058-BB |
|---|---|
| CROWN ESTATES HOLDINGS, LLC | Chapter 11 |
| | **DEBTOR, CROWN ESTATES HOLDING LLC'S OPPOSITION TO CITY OF ELMONTE'S MOTION TO DISMISS CHAPTER 11 CASE** |
| Debtor | Date: March 29, 2023<br>Time: 10:00 a.m.<br>Courtroom: 1539<br>Place: 255 E. Temple Street<br>Los Angeles, CA 90012<br>Via Zoom Video or in person. |

**THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE; THE UNITED STATES TRUSTEE; AND ALL PARTIES IN INTEREST:**

Please take notice that Chapter 11 Debtor, Crown Estate Holdings, LLC, ("Crown") hereby files this Opposition (the "Opposition") To City of El Monte's (the "City") Motion To Dismiss Chapter 11 case. (the "Motion").

# MEMORANDUM OF POINTS AND AUTHORITIES

## A. STATEMENT OF FACTS

On January 5, 2023, Crown Estate Holdings, LLC filed proceedings under Chapter 11 in this Court. Crown Estate Holdings, LLC ("Crown Estate") owns an industrial zoned property which consists of four parcels with rentable building area of approximately 135,000 square feet on a lot size of 218,000 square feet (approximately five acres). There are four buildings consisting of ten total units with approximately twenty-two tenants occupying the ten-units.

On July 15, 2021, the City of El Monte filed a Complaint in the Superior Court of California, Los Angeles County, (Case Number: 21STCV26110; Captioned, City of El Monte, Plaintiff v. Crown Estate Holding, LLC, et al, Defendants). On May 9, 2022, the Superior Court appointed Ryan C. Baker ("Receiver") of Douglas Wilson Companies as Receiver over the eq

On January 26, 2023, the Court entered an Order granting relief from the automatic stay and excusing turnover of property by the Receiver. The sale of the real property closed on or about March 2, 2023.

## RECEIVER'S APPOINTMENT IS OVER THE REAL PROPERTY AND NOT OVER THE DEBTOR

The City of El Monte's Motion requests that the Court dismiss the instant case and allow the Reciever to review claims, object and settle such claims. The motion fails to specify the claims referred to in the motion. However, debtor assumes the reference is to the debtor's unsecured claims as the secured claims have been paid from the proceeds of the sale. The escrow statement attached to the motion shows that the net proceeds from the sale of the real property is

2

$638,244.32. With the payment of the secured claims and claims related to the property, the net proceeds are property of the debtor's bankruptcy estate.

The Order appointing the Receiver only grants receivership over the real property and not over the debtor. With the conclusion of the sale of the property and payment of the secured claims, the duties assigned by the superior court to the Receiver is complete.

As shown in the debtor's amended schedules E/F, the debtor has about 14 general unsecured creditors with a total claim amount of approximately $1,899,649.00. Therefore, Debtor requests that the case be converted to Chapter 7 and the net proceeds turned over to the Chapter 7 trustee for distribution to the debtor's creditors.

## CONVERSION TO CHAPTER 7 IS IN THE BEST INTEREST OF CREDITORS AND THE ESTATE

As stated in the movant's own motion, additional factors considered by bankruptcy courts in determining whether to dismiss or convert include the existence of (i) claims
As stated earlier, the net proceeds from the sale in the amount of $638,244.32 is asset of the bankruptcy estate, therefore, the estate is solvent and the Chapter 7 Trustee is in the best position to administer and maintain orderly distribution to the creditors.

Wherefore, the debtor requests that the court deny the Motion to dismiss and convert the case to Chapter 7 for orderly distribution of the proceeds of sale to the debtor's creditors.

DATED: March___15___, 2023.      Respectfully submitted,

ANYAMA LAW FIRM, A PROFESSIONAL CORP.

By: _____
Onyinye N. Anyama
Attorney for CROWN ESTATE HOLDINGS, LLC

| In re:<br>**Crown Estates Holding, LLC**<br>Debtor(s). | CHAPTER: **11**<br>CASE NUMBER: **2:23-bk-10058-BB** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**18000 Studebaker Road**
**Suite 325**
**Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*): __**DEBTOR, CROWN ESTATES HOLDING LLC'S OPPOSITION TO CITY OF ELMONTE'S MOTION TO DISMISS CHAPTER 11 CASE**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __**3/15/2023**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| **Onyinye N Anyama** | onyi@anyamalaw.com, anyamainfo@gmail.com;info_anyama@ecf.courtdrive.com;r44596@notify.bestcase.com |
| **Eryk R Escobar** | eryk.r.escobar@usdoj.gov |
| **United States Trustee (LA)** | ustpregion16.la.ecf@usdoj.gov |
| **Michael G D'Alba** | mdalba@DanningGill.com, DanningGill@gmail.com; mdalba@ecf.inforuptcy.com |
| **Brian T Harvey** | bharvey@buchalter.com, IFS_filing@buchalter.com; dbodkin@buchalter.com |
| **Timothy M Ryan** | tryan@theryanfirm.com, ecf@theryanfirm.com |
| **Zev Shechtman** | zs@DanningGill.com, danninggill@gmail.com; zshechtman@ecf.inforuptcy.com |
| **Michael W Stoltzman** | mstoltzman@theryanfirm.com, ecf@theryanfirm.com |
| **Alfred J Verdi** | verdilawgroup@live.com, al@verdilaw.com,g13639@notify.cincompass.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __**3/15/2023**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **HONORABLE SHERI BLUEBOND**<br>**U.S. BANKRUPTCY JUDGE**<br>255 E. Temple Street, Suite 1534<br>Los Angeles, CA 90012 | DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006 |

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/15/2023 | Karina Ruiz | /s/Karina Ruiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **9013-3.1.PROOF.SERVICE**